IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-00644-NYW

HARRIS ELIAS,

    Plaintiffs,

v.

CITY OF LOVELAND,
OFFICER WILLIAM GATES, and
SERGEANT ANTOLINA HILL.

    Defendants.

## NOTICE OF FILING OF AMENDED COMPLAINT

Plaintiff Harris Elias, by and through the undersigned counsel, respectfully files this *Notice of Filing of Amended Complaint*, pursuant to D.C.COLO.LCivR 15.1(a). An *Amended Complaint and Jury Demand* (ECF 12) was filed on March 31, 2022 with Defendants' consent, pursuant to FRCP 15(a)(2).

A copy of the *Amended Complaint and Jury Demand* striking through all text to be deleted and underlining all text to be added is attached as an Exhibit hereto, as required by D.C.COLO.LCivR 15.1(a).

Respectfully submitted this 31st day of March, 2022.

                                            *s/ Sarah Schielke*
                                            Sarah Schielke
                                            Counsel for Plaintiffs
                                            The Life & Liberty Law Office LLC

1209 Cleveland Avenue<br>
Loveland, CO 80537<br>
sarah@lifeandlibertylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

Jonathan Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
Email: jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendants Gates, Hill and City of Loveland*

                                        *s/ Sarah Schielke*
                                        Sarah Schielke
                                        Counsel for Plaintiff